IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-MC-137-RLV-DCK

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) |   |
| Petitioner, | ) |   |
|   | ) |   |
| v. | ) | **ORDER** |
|   | ) |   |
| A TIME FOR EVERYTHING and JOANNA PATRONIS | ) ) |   |
|   | ) |   |
| Respondents. | ) |   |
|   | ) |   |

**THIS MATTER IS BEFORE THE COURT** on Petitioner's "Motion To Compel" (Document No. 1) filed October 19, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and immediate review is appropriate. Having carefully considered the motion, the record, applicable authority, and for good cause shown, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion To Compel" (Document No. 1) is **GRANTED**, with modification. Respondents shall comply with the Government's "Subpoena Duces Tecum" (Document No. 1-1) and produce the subpoenaed documents, or **SHOW CAUSE** why they cannot comply, on or before **October 27, 2010**.

Signed: October 19, 2010

David C. Keesler
United States Magistrate Judge